UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

Case No. 26-cv-11335
Hon. Matthew F. Leitman

v.

JOHN DOE, subscriber assigned
IP Address 97.71.117.24,

Defendant.

_______________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126